UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 4:10CR-00538 ERW |
| LAMARVIN DARDEN, | ) |
| Defendant. | ) |

**MOTION FOR FULOUGH TO ATTEND FUNERAL OR, IN THE ALTERNATIVE, MOTION TO TRANSPORT**

COMES NOW Defendant, by and through counsel and hereby requests this Court issue an Order permitting him a four hour furlough from custody to attend the wake and funeral of his grandmother. In the alternative, Defendant seeks an Order directing the United States Marshal to transport Defendant to the Ronald L. Jones Funeral Home at a time convenient to the United States Marshal and to the funeral home but before 1:00 p.m. on July 9, 2011 for the purpose of viewing his grandmother before her funeral. In support of this Motion, Defendant states as follows:

1. Defendant is currently in the custody of the United States Marshal having been recently convicted of numerous felonies following a trial,

2. Defendant's grandmother, Mrs. Birdie Houston, passed away this week,

3. There is a wake for Mrs. Houston on July 9, 2011 between 11:00 a.m. and 1:00 p.m. with the funeral following immediately thereafter,

4. Defendant seeks a furlough from custody so that he may attend this wake with his family,

5.      Understanding the Court's likely apprehension at this request, Defendant would alternatively seek an Order directing the United States Marshal to convey him to the Ronald L. Jones Funeral Home, 2161 East Fair Avenue, St. Louis, Missouri 63107, 314-383-2332, at some point prior to 11:00 a.m. so that he may visit with his grandmother before her funeral.

WHEREFORE, Defendant prays this Court grant his request and permit him a furlough to attend the wake and funeral of his grandmother on July 9, 2011 or, in the alternative, Defendant requests an Order directing the United States Marshals convey Defendant to the Ronald L. Jones Funeral Home on some date and time convenient to the Marshals and the funeral home.

Respectfully Submitted,

LAW OFFICE OF JEFFREY A. GOLDFARB, L.L.C.

By:     /s/  Jeffrey A. Goldfarb
        Jeffrey A. Goldfarb, #45091MO
        222 South Meramec, Suite 300
        St. Louis, Missouri 63105
        Ph:   314/863-5553
        Fx:   314/726-5831
        Jeff@314Law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 6, 2011, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

By:     /s/ Jeffrey A. Goldfarb