UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:10CR00538 ERW |
| LAMARVIN DARDEN, | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Lamarvin Darden's ("Defendant") Motion for Furlough or, in the Alternative, Motion to Transport [doc. #142]. In his Motion, Defendant seeks an order granting him a four-hour furlough on Saturday July 9, 2011 to attend the wake and funeral of his recently-deceased grandmother, or alternatively, requiring the U.S. Marshals Service to transport him to the funeral home on that morning so that he can view his grandmother before the funeral.

The Court declines to issue the requested order, but it will permit Defendant to view the body at the Thomas F. Eagleton Courthouse in St. Louis, Missouri on Friday July 8, 2011, at some time between 8 A.M. and 12:00 P.M. Defendant must make arrangements with the funeral home to have the body transported to the sallyport of the Courthouse, and in the event he is able to do so, the Court will issue a supplemental order directing the Marshals Service to escort Defendant to view the body. The length of the viewing will be left to the discretion of the Marshals Service.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall notify the Court no later than **5:00 P.M.** today, **July 7, 2011**, if he has made arrangements to have the body transported to the sallyport of the Thomas F. Eagleton Courthouse in St. Louis, Missouri between 8:00 A.M. and 12:00 P.M. on Friday July 8, 2011.

Dated this 7th Day of July, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE